**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-4048-02/03-CR-C-BCW |
| | ) | |
| KEVIN RAY MCLOUTH | ) | |
| KALLIE JO MCLOUTH | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendants, by consent, appeared before the undersigned on April 16, 2016 and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636. Defendant Kevin McLouth entered a plea of guilty to Count One of the Indictment filed on October 2, 2013, and defendant Kallie Jo McLouth entered a plea of guilty to Count Five of the Indictment filed on October 2, 2013. After cautioning and examining Defendants, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty pleas were knowledgeable and voluntary, and that the offenses to which Defendants have plead guilty is supported by a factual basis for each of the essential elements of the offense.

IT IS, THEREFORE, RECOMMENDED that the pleas of guilty be accepted and that the defendants be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

*Matt J. Whitworth*

MATT J. WHITWORTH
United States Magistrate Judge

April 16, 2015

Jefferson City, Missouri